# United States Court of Appeals for the Federal Circuit

## 2011-3051: JARRARD V SSA

Lead Case: 2011-3050

Merit Systems Protection Board

Lower Court/Agency #: SF3330100024-I-1
Case Type: Agency

Petition for Review Received: 12/28/2010
Petition for Review Filed: 12/28/2010
Docketed and Notice Sent to Parties: 12/29/2010
Certified List Filed: 01/14/2011

Fee Paid: 01/13/2011
Fee Amount: 450.00     Receipt No: 053806

| **Date** | **Event Summary** |
|---|---|
| | Nothing Due |
| | Appellant Principal Brief Filing Date |
| | Appellee or Cross Appellant Principal Brief Filing Date |
| | Appellant Reply Brief Filing Date |
| | Appellee or Cross Appellant Reply Brief Filing Date |
| | Appendix Filing Date |
| | Oral Argument Date/Calendared |
| 01/13/2012 | Disposition: Affirmed; Panel |
| 03/05/2012 | Mandate |

# United States Court of Appeals for the Federal Circuit

## 2011-3051: JARRARD V SSA

## List of Parties/Representation

**Party Type/Name**  **Represented by**

**Petitioner**

Thomas G. Jarrard

Thomas G. Jarrard
  1020 N. Washington Street
  Spokane, WA  99201
  Phone #: (425)239-7290
  Email: TJarrard@att.net
  Bar admit: 05/27/2011
  EOA Filed: 01/12/2011
  Appearing Pro se

**Respondent**

Social Security Administration

Anuj Vohra
  Department of Justice
  PO Box 480
  Ben Franklin Station
  Washington, DC  20044
  Phone #: (202)353-0521
  Fax #: (202)305-7644
  Email: Anuj.Vohra@usdoj.gov
  Bar admit:   /  /
  EOA Filed: 01/18/2011
  Principal Attorney

# United States Court of Appeals for the Federal Circuit

## 2011-3051: JARRARD V SSA

## Docket Entries

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 12/29/2010 | F | 1 | Appeal docketed on 12/29/2010.  Consolidated with lead appeal 2011-3050. EOD(12/29/2010 by CLT)  2011-3051<br><br>See lead appeal 2011-3050 for further entries. |
| 12/29/2010 | O | 2 | Offical Caption.  Court Service - 12/29/10.  Filed: 12/29/10. REV(12/29/10 by CLT)  2011-3051 |
| 12/29/2010 | M | 3 | Petitioner [Thomas G. Jarrard] - Request to consolidate the appeals of SF3330100024-I-1 (2011-3051) and SF3330100815-I-1 (2011-3050)  Court Service - 12/29/10. Filed: 12/28/10. Action on Motion (9): Motion granted. The revised official caption is reflected in the order. Jarrard's consolidated initial brief is due within 40 days from the date of filing of this order. by Clerk. Filed: 03/31/11. EOD(12/29/10 by CLT) REV(03/31/11 by LS)  2011-3051 |
| 01/13/2011 | O | 4 | Entry of appearance for Thomas G. Jarrard, as pro se.  Mail Service - 01/10/11.  Filed: 01/12/11. REV(01/13/11 by SCN) 2011-3051 |
| 01/13/2011 | O | 5 | Petitioner's Fed.Cir.R. 15(c) Statement Concerning Discrimination, selected #1.  Mail Service - 01/10/11.  Filed: 01/12/11. REV(01/13/11 by CLT)  2011-3051 |
| 01/18/2011 | O | 6 | Certified List from MSPB.  Mail Service - 01/11/11.  Filed: 01/14/11. REV(01/19/11 by I40)  2011-3051 |
| 01/19/2011 | O | 7 | Entry of Appearance for Anuj Vohra as principal attorney on behalf of appellee, Social Security Administration.  Mail Service - 01/18/11.  Filed: 01/18/11. REV(01/20/11 by SMC) 2011-3051 |
| 03/22/2011 | O | 8 | Letter sent by petitioner Thomas G. Jarrard regarding a status report of a motion requesting the consolidation of appeals 2011-3050 and 2011-3051.  Letter sent to SSA.  Not Served.  Filed: 03/21/11. REV(03/22/11 by CS)  2011-3051 |
| 01/13/2012 | D | 10 | Disposition: Affirmed by Panel. Precedential Opinion by: J. Dyk. Judgment Entered: 01/13/12. No costs.  Opinion sent to parties: 01/13/12. Filed: 01/13/12. Mandate issued to the MSPB: 03/05/12. REV (03/05/12 by JS) 2011-3051 |

# United States Court of Appeals for the Federal Circuit

## 2011-3051:  JARRARD V SSA